**Order entered November 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01306-CV

## SEVEN HILLS COMMERCIAL, LLC, Appellant

### V.

## MIRABAL CUSTOM HOMES, INC., ET AL., Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-1206312D**

## ORDER
Before Chief Justice Wright and Justices Lang and Brown

Before the Court is Appellees' Emergency First Amended Motion to Enforce Order. We

**DENY** the motion.

/s/     DOUGLAS S. LANG
        JUSTICE